UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN THE MATTER OF THE SEARCH OF
RESIDENTIAL PROPERTY LOCATED AT
821 W. KING STREET, JEFFERSON CITY,
TENNESSEE 37760

Case No. 3:24-MJ-1128

**ORDER**

Upon motion of the United States of America and for good cause shown,

IT IS ORDERED that the redacted search warrant, application, and affidavit attached to the motion as Exhibit A be unsealed. In order to maintain an orderly docket, the Clerk is directed to refile the redacted version of the search warrant, application, and affidavit in Exhibit A as two separate docket entries with the Application and Affidavit as the first entry and the Search Warrant as the second entry.[2]

Enter this 15 day of May, 2024.

_____
Hon. Debra C. Poplin
United States Magistrate Judge

---

[2] The Motion to Seal and Sealing Order contained in Exhibit A are not to be refiled on the docket.